# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

AMERICAN MANAGED CARE, LLC,

      Debtor.

Chapter 11

Case No. 8:13-bk-05952-KRM

_____/

SONEET R. KAPILA, as the Chapter 11
Trustee for the estate of Universal Health Care
Group, Inc., which entity serves as the sole
member of AMERICAN MANAGED CARE, LLC,

      Plaintiff,

v.

HEALTH MANAGEMENT SYSTEMS, INC.,

      Defendant.

Adv. Proc. 8:15-ap-00091-KRM

_____/

## MOTION AND STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND RESPONSE DEADLINE FOR A PERIOD OF SIXTY (60) DAYS

Plaintiff, Soneet R. Kapila, as the duly appointed Chapter 11 Trustee for the estate of Universal Health Care Group, Inc., which entity serves as the sole member of American Managed Care, LLC (the "Trustee"), and Defendant, Health Management Systems, Inc. by and through undersigned counsel, file this Motion to Continue Pre-Trial Conference and Defendant's Response Deadline for a Period of Sixty (60) Days (the "Motion"). In support, the parties state as follows:

1. On January 29, 2015, the Trustee filed his Complaint commencing this Adversary Proceeding [ECF No. 1] against Health Management Systems, Inc. ("HMS"). Collectively, the Trustee and HMS will be referred to as the "Parties".

2.      On February 2, 2015, the Clerk docketed the Order Scheduling Pre-Trial Conference in an Adversary Proceeding [ECF No. 3] (the "Order"), which scheduled the pre-trial conference ("Pre-Trial Conference") for March 19, 2015 at 2:30 p.m.

3.      HMS requested a 60 day extension from the Trustee in order to more fully explore settlement of this Adversary Proceeding. The Parties have already had preliminary communications on this subject.

4.      This Motion is filed in good faith and not for dilatory purposes. The Parties agree that settlement should be explored before incurring additional attorneys fees for litigation.

5.      For the foregoing reasons, the Parties respectfully request that the Pre-Trial Conference and the response deadline be extended for a period of sixty (60) days, or to such other date as may be deemed appropriate by the Court.

6.      The undersigned affirms that Donald King, counsel for HMS, approves the filing of this motion and entry of the relief requested.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) extending the deadline for the HMS response to the Complaint to May 5, 2015 (or, if earlier, five (5) days before the continued pre-trial conference); and (iii) continuing the Pre-Trial Conference to approximately May 18, 2015, or to such other date as may be deemed appropriate by the Court; and (iii) for any and all further relief this Court deems just and proper.

| | |
|---|---|
| Respectfully submitted, | Donald F. King, Esq. |
| | ODIN, FELDMAN & PITTLEMAN, P.C. |
| /s/ Michael P. Horan | 1775 Wiehle Ave, Suite 400 |
| MICHAEL P. HORAN | Reston, VA 20190 |
| Florida Bar No. 0307742 | Phone: (703) 218-2116 |
| mhoran@trenam.com | Attorney for Health Management |

STEPHANIE CRANE LIEB
Florida Bar No. 0031806
slieb@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, PA
200 Central Ave., Ste. 1600
St Petersburg, FL 33701
Telephone: (727) 824-6201
Attorneys for American Managed Care, LLC, and Soneet R. Kapila as Chapter 11 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR CONTINUANCE OF PRE-TRIAL AND ALL RELATED DEADLINES FOR A PERIOD OF SIXTY (60) DAYS was filed with the Court on February 26, 2015, through the Court's CM/ECF Noticing System that will forward a copy to Systems, Inc. .O. Box 14213, Fort Lauderdale, FL  33302; **American Managed Care, LLC**, c/o Universal Health Care Group, Inc., Soneet R. Kapila, Chapter 11 Trustee, P.O. Box 14213, Fort Lauderdale, FL 33302; **Trustee Soneet R. Kapila**, 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316; **United States Trustee – TPA**, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602; and **Health Management Systems, Inc., c/o Donald F. King**, ODIN, FELDMAN & PITTLEMAN, P.C., 1775 Wiehle Ave, Suite 400, Reston, VA 20190.

/s/ Michael P. Horan
Attorney

9346530v1